Jeffrey B. Neustadt (SBN 57889)
LAW OFFICES OF JEFFREY B. NEUSTADT
2740 Van Ness Ave, STE 300
San Francisco, CA, 94109
Telephone: (415) 434-4440
FAX: (415) 962-4221
email: jbneustadtlaw@sbcglobal.net

Attorney for Debtor and Debtor-in-Possession
ZANGLE INC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>ZANGLE INC<br><br>    Debtor.<br><br>ZANGLE INC<br><br>    Plaintiff,<br><br>v.<br><br>Gary Loyd<br><br>    Defendant | Adversary No:<br>Case No.:    11-21515-RN<br>(Chapter 11)<br><br>**VERIFIED COMPLAINT<br>FOR ADVERSARY PROCEEDING<br>IN BANKRUPTCY:**<br><br>I)    **DETERMINATION OF<br>VALIDITY, PRIORITY, OR<br>EXTENT OF LIEN OR OTHER<br>INTEREST IN PROPERTY OF<br>THE ESTATE - (FRBP 7001)** |

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this proceeding under 28 U.S.C. §§ 84(c), 157, 1331, 1334, and 1338 as the proceeding is a core proceeding related to the case under Title 11 pending before this Court, it involves claims related to federally registered copyrights, and the claims are related to property of the estate.

2. Venue of this proceeding is proper in this Court pursuant to 28 U.S.C. §§ 157, 1391, 1392, 1400 and 1409.  This case is a core proceeding in that it encompasses determination of the validity, priority, or extent of a lien or other interest in property of the estate, among other "issues which could only arise in the context of bankruptcy"

3. Plaintiff requests a jury trial for any and all issues triable by jury.

COMPLAINT FOR ADVERSARY PROCEEDING IN BANKRUPTCY – Page 1

**FACTUAL ALLEGATIONS**

**The Zangle Inc Bankruptcy**

4. Plaintiff, Zangle Inc (also, "Debtor" and "Debtor-in-Possession") is the petitioner in the above captioned bankruptcy, and filed a petition for relief under Chapter 11 of the bankruptcy code on March 17, 2011 (hereinafter, the "PETITION").

5. Plaintiff is the record owner of the federally registered trademark "Zangle", which is registered with the US Patent and Trademark Office at Reel 4487, Frame 0088 of their official records as indicated by Exhibit "A" hereto.

6. Plaintiff is the recorded worldwide exclusive licensee of the federally registered copyrights to the "Zangle Product Suite" (hereinafter, the "ZSIS") with the right, title, and interest to bring suit thereon, as evidenced by Volume 3593, Document 652 in the official records of the United States Copyright Office, a true and correct copy of which is attached as Exhibit "B" hereto.

7. Plaintiff owns all trade secret rights related to ZSIS.

8. Defendant Gary Loyd (hereinafter, "LOYD") is an individual who has entered into various agreements with previous owners of various rights related to ZSIS.

9. LOYD has not filed a proof of claim in the above captioned bankruptcy of Zangle Inc.

10. LOYD has not filed a proof of interest in the above captioned bankruptcy of Zangle Inc.

11. LOYD has not filed an adversary proceeding to determine the validity, priority, or extent of a lien or other interest in property of the estate in the above captioned bankruptcy of Zangle Inc.

12. The claim of LOYD on Schedule F and Schedule G of the PETITION shows that his interests, whatever they may be, are disputed, contingent, unliquidated and unsecured.

13. A true and correct copy of the PETITION is attached hereto as Exhibit C, and is hereby incorporated as if set forth fully herein.

14. Plaintiff is informed and believes that Exhibit D (hereinafter "SETTLEMENT") and Exhibit E (hereinafter, "AMENDED SETTLEMENT") hereto are true and accurate copies of previous agreements LOYD entered into regarding various rights related to ZSIS.

15. Plaintiff has all of the rights and priority of a judgment lien creditor with respect to property of its estate shown on Schedule B of its PETITION.

16. Plaintiff is informed and believes that LOYD has failed to fulfill his obligations under the "Minimum Performance Standards" as set forth in the SETTLEMENT and/or AMENDED SETTLEMENT agreements since at least August 2007.

17. Plaintiff is informed and believes that LOYD continues to assert rights and interests in property of the estate arising from the SETTLEMENT and AMENDED SETTLEMENT agreements.

18. Plaintiff intends to reject any remaining rights LOYD may have under the SETTLEMENT and AMENDED SETTLEMENT agreements and other agreements that exist.

**FIRST CAUSE OF ACTION**

**DETERMINATION OF VALIDITY, PRIORITY, OR EXTENT OF LIEN**

**OR OTHER INTEREST IN PROPERTY OF THE ESTATE;**

**(FRBP 7001)**

19. Plaintiff realleges and incorporates by reference each and every paragraph set forth above, as though fully set forth herein.

20. The rights of ownership to the copyrights of the entirety of ZSIS are property of the estate of Debtor.

21. The trade secrets for ZSIS are property of the estate of Debtor.

22. All rents and proceeds from the trademark "Zangle", the ZSIS copyrights, and the ZSIS trade secrets are property of the estate of the Debtor.

23. The interests of LOYD in property of the estate, if any, are disputed between the parties.

//

//

//

//

//

//

**WHEREFORE**, Plaintiff prays as follows:

For the First Cause of Action for Determination of Validity, Priority, or Extent of Lien, or Other Interest in Property of the Estate

1. For a judgment against LOYD
    a. Declaring that LOYD has no interest in property of the estate of the Plaintiff in the above captioned bankruptcy.
    b. For costs of suit herein occurred.

For such other and further relief as the court may deem proper.

Dated:  May 4, 2011

/s/ Jeffrey B. Neustadt, Esq.
Attorney for Debtor and
Debtor in Possession.
ZANGLE INC

**VERIFICATION**

I, Paul Charlton, state that:

 I am the Chairman of the Board of Directors of the Plaintiff and I am authorized to make this verification. I have read the foregoing verified complaint. The statements made in this verified complaint are true of my own personal knowledge, except as to those matters stated on information or belief, which I believe to be true. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of May 2011, at San Francisco, California.

               <u>/s/ Paul Charlton</u>
               Paul Charlton

FORM B104 (08/07)          2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS** | **DEFENDANTS** |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

| **BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES** | | |
|---|---|---|
| **NAME OF DEBTOR** | | **BANKRUPTCY CASE NO.** |
| **DISTRICT IN WHICH CASE IS PENDING** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |

| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
|---|---|---|
| **PLAINTIFF** | **DEFENDANT** | **ADVERSARY PROCEEDING NO.** |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |

| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** |
|---|
| /s/ Jeffrey B. Neustadt, Esq. (SBN 57889) |

| **DATE** | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** |
|---|---|
| | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| *Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CHAPTER _____ |
|---|---|
| | CASE NUMBER |
| Debtor. | ADVERSARY NUMBER |
| Plaintiff(s), | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)* |
| vs. | **SUMMONS AND NOTICE OF STATUS CONFERENCE** |
| Defendant(s). | |

TO THE DEFENDANT:  A Complaint has been filed by the Plaintiff against you.  If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint.  You must also send a copy of your written response to the party shown in the upper left-hand corner of this page.  Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

---

**Hearing Date:**           **Time:**           **Courtroom:**           **Floor:**

❑  **255 East Temple Street, Los Angeles**         ❑  **411 West Fourth Street, Santa Ana**

❑  **21041 Burbank Boulevard, Woodland Hills**     ❑  **1415 State Street, Santa Barbara**

❑  **3420 Twelfth Street, Riverside**

---

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference.  Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval.  The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**JON D. CERETTO
Clerk of the Bankruptcy Court**

By: _____
*Deputy Clerk*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998* (COA-SA)

**F 7004-1**

Case 2:11-ap-02155-RN    Doc 1    Filed 05/04/11    Entered 05/04/11 19:06:45    Desc
Main Document    Page 9 of 9

Summons and Notice of Status Conference - *Page 2*                                F 7004-1

| In re | CHAPTER _____ |
|---|---|
| Debtor. | CASE NUMBER |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF _____

1. I am employed in the County of _____, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. ❏ **Regular Mail Service:** On _____, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, California, addressed as set forth below.

3. ❏ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:

❏ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

_____                _____
*Type Name*                                                                  *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998* (COA-SA)                                                                                                  F 7004-1